

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2016

No. 04-16-00375-CR

Raymundo **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7831
Honorable Jefferson Moore, Judge Presiding

# O R D E R

    We grant Debra Doolittle's request for an extension of time to file the reporter's record. We **order** Debra Doolittle to file the reporter's record by October 9, 2016.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court